UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TINA BUBON,<br>individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>BENTLEY CASA DE RAMANA, LLC and STEVEN V. RASO,<br><br>   Defendants. | Civil Action No. |

TO: The Honorable Judges of the
   United States District Court
   District of Massachusetts

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendants in the above-entitled action, Bentley Casa de Ramana, LLC and Steven V. Raso, state as follows:

1. Defendants desire to exercise their rights under the provisions of 28 U.S.C. § 1441 *et seq.* to remove this action from the Superior Court for Middlesex County, Massachusetts, in which said cause is now pending under the name and style, *Tina Bubon v. Bentley Casa de Ramana, LLC, et al.* Civil Action No. 23-877.

2. On or about April 11, 2023, Defendants were served with the attached Summons and the Complaint. *See* Exhibit A.

3. Plaintiff alleges, among other things, that Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 207(a). Complaint ¶ 48. Plaintiff alleges that Defendants violated the FLSA by failing to pay one and a half times the regular

rate of pay to the Plaintiff during the term of her employment. Complaint ¶¶ 23-28.

4. Thus, resolution of this action in whole or in part requires an application of the FLSA, a federal law prohibiting certain withholdings of wages from employees by employers.

5. Accordingly, this Court has original jurisdiction over the Complaint pursuant to the provisions of 28 U.S.C. § 1331, and, the Complaint may be removed to this Court by the Defendants pursuant to the provisions of 28 U.S.C. § 1441 because it is a civil action arising under the Constitutions, laws, or treaties of the United States.

6. Further, this Court has supplemental jurisdiction over the remaining claims pursuant to 28 U.S.C. § 1367.

7. Defendants are filing this notice within thirty (30) days of service of the Summons and the Complaint in this action, as required by 28 U.S.C. § 1446.

8. Defendants will file a Notice of Filing of Removal of Action to Federal Court and a copy of this Notice of Removal with the Clerk of the Superior Court for Middlesex County, pursuant to 28 U.S.C. § 1446(d), a copy of which is attached hereto as Exhibit B.

9. Defendants will serve written Notice to Counsel of Removal of Action to Federal Court, and a copy of this Notice of Removal on Counsel for Plaintiff pursuant to 28 U.S.C. § 1446(d), is attached hereto as Exhibit C.

WHEREFORE, Defendants pray that the above action now pending against it in the Superior Court for Middlesex County, Massachusetts be removed therefrom to this Court.

Respectfully Submitted,

BENTLEY CASA DE RAMANA, LLC and
STEVEN V. RASO

By their Attorneys,

*/s/ Catherine M. Scott*

Maura McLaughlin (BBO No. 634923)
Catherine M. Scott (BBO No. 691867)
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA  02109-2605
(617) 523-6666
mmclaughlin@morganbrown.com
cscott@morganbrown.com

Dated:  May 5, 2023

## CERTIFICATE OF SERVICE

I, Catherine M. Scott, hereby certify that this document filed through the CM/ECF system and also served a copy by email and first-class mail on:

Stacy W. Thomsen, Esq.
Raven Moeslinger, Esq.
Nicholas F. Ortiz, Esq.
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 520
Boston, MA 02110
swt@mass-legal.com

*/s/ Catherine M. Scott*
_____
Catherine M.  Scott